Porter Fox and A. H. Skelton, appellees, v. Achille F. Lete and Everett E. Smith, defendants. Achille F. Lete, appellant. Gen. No. 8,868.

Opinion filed January 14, 1935.

Colfax T. Martin and Arthur R. Hall, for appellant. Acton, Acton & Baldwin, for appellees; W. M. Acton, of counsel.

Mr. Justice Allaben delivered the opinion of the court.

W. S. Hardwick, appellant, v. Illinois National Bank of Springfield, appellee. Gen. No. 8,873.

Opinion filed January 14, 1935.

A. M. Fitzgerald and H. C. Moore, for appellant. Brown, Hay & Stephens, for appellee; R. Allan Stephens and Robert A. Stephens, Jr., of counsel.

Mr. Justice Allaben delivered the opinion of the court.

A. F. Turnbeaugh, appellee, v. L. T. Graham et al., appellant. Gen. No. 8,841.

Opinion filed January 14, 1935.

Geo. C. Weaver, for appellant. William and Barry Mumford, for appellee.

Mr. Justice Davis delivered the opinion of the court.

Barney Fromm, appellee, v. Guy Smock, appellant. Gen. No. 8,853.

Opinion filed January 14, 1935.

Rehearing denied April 2, 1935.

Mr. Justice Davis delivered the opinion of the court.